UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR.,<br><br>        Petitioner,<br><br>    v.<br><br>C/O DRAKE,<br><br>        Respondent. | Case No. CV 20-4088 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

1　　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2　Judgment herein on Petitioner at his address of record.

4　　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

6　DATED: September 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE