1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | Case No. CV 20-4088 ODW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C/O DRAKE, | |
| Respondent. | |

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, Pedro Castillo.

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  September 3, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE